UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    x
UNITED STATES OF AMERICA            x        ORDER
                                    x
            -v-                     x
                                    x        DOCKET #
                                    x
                                    x
Juan Carlos Brito                   x    S1 08 Crim 581 (JFK)
------------------------------------x

Hon. John F. Keenan, DISTRICT JUDGE:

The C.J.A. attorney assigned to receive cases on this day, Stephanie Carvlin, ESQ. is hereby ordered to assume representation of the defendant in the above captioned matter.

                                         SO ORDERED.

7/8/08                                   _John F. Keenan_____
                                         UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         July 8, 2008